In RE:

Germain Brown

Case No.: 10-64941-pwb
Judge: Paul W. Bonapfel
Chapter: 7

## Motion to Reopen Case

I, Germain Brown, need to reopen case 10-64941-pwb. During my process of filing for my Chapter 7, I forgot to add a Co-debtor to one of my creditors.

I know the error was caused by me but if you would allow me to reopen my case I would be so greatful. This will help me to stop any additional legal action to be taken against me.



Dated: 7-20-11

Germain Brown
Germain Brown
2275C Dunwoody Xing
Dunwoody, GA 30338
678-357-8459

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                     )    Case No.:   10-64941-pwb
                                           )
Germain Brown                              )    Judge:      Paul W. Bonapfel
                                           )
_____                )    Chapter:    7

    Debtor(s).

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 20 day of July, 201 1, I served a copy of Motion to Reopen Case, which was filed in this bankruptcy matter on the 20 day of July, 201 1.

Mode of service (circle one):        (MAIL)              HAND DELIVER

Name and Address of each party served:   Jason L. Pettie
                                         Suite 150 - One Decatur Town Center
                                         150 E. Ponce de Leon Ave
                                         Decatur, GA 30030

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 7-20-11          Signature:     Germain Brown

                        Printed Name:  Germain Brown

                        Address:       2275C Dunwoody Xing
                                       Dunwoody, GA 30338

                        Phone:         678-357-8459

F82 -Certificate of Service Print Out.wpt                              Rev. (08/2010)

```
                U. S. BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

                    # 01160797 - AS
                     July 20, 2011


    Code      Case No     Qty     Amount By

    7R        10-64941            $260.00 CA
      Judge  - Paul W. Bonapfel
      Debtor - G. A. BROWN


    TOTAL:                        $260.00


    FROM: Germain Brown
          2275C Dunwoody Crossing
          Dunwoody, GA 30338
```

Page 1